IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA LANGLEY AND VICTORIA RAY,**
**each individually and on behalf of all others**
**similarly situated**                                            **PLAINTIFFS**

v.                    Case No. 5:23-cv-5031

**FROST-BURNE, LLC**                                        **DEFENDANT**

<u>**Joint Notice of Settlement**</u>

COME NOW Plaintiffs and Defendant, by and through their undersigned counsel, and states as follows:

1.      Plaintiffs and Defendant participated in a settlement conference before U.S. Magistrate Judge Christy D. Comstock. During said settlement conference on July 18, 2023, parties reached a settlement that will resolve all claims asserted by Plaintiffs.

2.      The parties expect to file a Motion for Approval of Settlement and Dismissal with Prejudice with the Court within sixty days from the filing of this Notice of Settlement.

3.      Parties request that the upcoming deadline to submit the Joint Rule 26(f) Report be stayed pending the completion of the settlement process.

Respectfully submitted,

**JOSHUA LANGLEY AND VICTORIA**
**RAY, PLAINTIFFS**

wh Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:   Lindsey Noe (ABN: 2009209)
       lindsey@wh.law
       Chris Burks (ABN: 2010207)
       chris@wh.law

**Frost-Burne, LLC, DEFENDANT**

Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
(501) 370-1578

By:   Mark Cameron (ABN: 2021193)
       mcameron@fridayfirm.com
       Michael S. Moore (ABN: 82112)
       mmore@fridayfirm.com